FILED
DEC 10 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-30166-NJR |
| | ) | |
| KARLOS CAISON, | ) | |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Section 113(a)(3). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

ASSAULT WITH A DANGEROUS WEAPON WITH THE INTENT TO DO BODILY HARM

On or about June 17, 2019, in Bond County, Illinois, within the Southern District of Illinois,

**KARLOS CAISON,**

defendant herein, at a place within the territorial jurisdiction of the United States, namely, the federal correctional institution at Greenville, Illinois, commonly known as FCI-Greenville, on land acquired for the use of the United States and under its concurrent jurisdiction, intentionally

assaulted J.D. with a dangerous weapon with the intent to do bodily harm to J.D.; all in violation of Title 18, United States Code, Section 113(a)(3).

A TRUE BILL

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
STEVEN D. WEINHOEFT
United States Attorney

Recommend Bond: Detention